Todd C. Theodora, Esq. (State Bar No.120426)
TTheodora@tocounsel.com
Adam G. Wentland, Esq. (State Bar No.280010)
awentland@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Attorneys for Riverside Healthcare System, L.P.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MEGG ROSE DAVIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RIVERSIDE HEALTHCARE SYSTEM, L.P., d/b/a Riverside Community Hospital; and HCA HEALTHCARE,<br><br>　　　　Defendants. | Case No. 5:17-cv-01062 DSF (Ex)<br>Hon. Dale S. Fischer<br><br>[PROPOSED] ORDER RE STIPULATION FOR ENTRY OF PROTECTIVE ORDER<br><br>[Honorable Charles F. Eick] |

1       The Court has reviewed and hereby approves the Stipulation for Protective
2 Order.
3 **IT IS SO ORDERED.**

6 Date: August 8, 2018

                                            United States Magistrate Judge